CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RKQ
AUG 2 3 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSE NUNEZ-CARO,<br>Petitioner, | Civil Action No. 7:07CV00207 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Respondent's Motion to Dismiss shall be and hereby is **GRANTED**; Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 shall be and hereby is **DENIED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to Petitioner and to counsel of record for the Respondent.

ENTER: This 23rd day of Aug., 2007.

*/s/ Jackson L. Kiser*
Senior U.S. District Judge